**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

--------

**No. 95-7968**

--------

CORNELIUS TUCKER, JR.,

                                    Plaintiff - Appellant,

        versus

CORRECTIONAL OFFICER JOHNSON; LYNN PHILLIPS;
FRANKLIN FREEMAN; GARY DIXON; R. HONEYCUTT; J.
B. FRENCH; CAPTAIN BRANKER; SERGEANT LASSITER;
SERGEANT THOMAS; CORRECTIONAL OFFICER THISSEN;
SERGEANT MONROE; SERGEANT JACKSON; CORRECTION-
AL OFFICER ANDREWS; SERGEANT BEALE; CORREC-
TIONAL OFFICER ANDREWS; PSYCHOLOGIST CHERAN;
CORRECTIONAL OFFICER ARTIS; SERGEANT DINEHART;
CORRECTIONAL OFFICER SIGNAL; REGINA BROOKS;
MR. STAMEY; MR. BUCK; MR. LOWRY; MR. MANN;
MR. BAKER; SUPERINTENDENT LEE; MR. ROBINSON;
SERGEANT SEIBER; MR. PAGAN; MR. STRICKLAND;
MR. LONG; CAPTAIN WALKER; DOCTOR BALOCH;
CORRECTIONAL OFFICER GREEN; EDUC. DETTINGER;
DEPUTY WARDEN MCCABE,

                                    Defendants - Appellees.

--------

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge. (MISC-95-98-5-H)

--------

Submitted:  April 15, 1996          Decided:  April 30, 1996

--------

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit
Judge.

--------

Affirmed by unpublished per curiam opinion.

Cornelius Tucker, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying leave to file a 42 U.S.C. § 1983 (1988) complaint for failing to comply with a pre-filing injunction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Tucker v. Johnson</u>, No. MISC-95-98-5-H (E.D.N.C. Nov. 6, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>